FILED

NOV 16 2026

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY FMN
DEPUTY CLERK

UNITED STATES DISTRICT COURT ★ Eastern District of California ★

# United States District Court
# Eastern District of California

Jeffrey Imoto

Plaintiff(s)

V.

Massachusetts Mutual Life Ins. Co.

Defendant(s)

Case Number: 1:26-cv-08140-JLT-EPG

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Eric F. Au hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Massachusetts Mutual Life Insurance Company

On 11/28/2016 (date), I was admitted to practice and presently in good standing in the Supreme Court of Pennsylvania (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 11/13/2026

Signature of Applicant: /s/ Eric F. Au

**Pro Hac Vice Attorney**

Applicant's Name: Eric F. Au

Law Firm Name: Faegre Drinker Biddle & Reath LLP

Address: One Logan Square

Suite 2000

City: Philadelphia State: PA Zip: 19103

Phone Number w/Area Code: (215) 988-2544

City and State of Residence: Philadelphia, PA

Primary E-mail Address: eric.au@faegredrinker.com

Secondary E-mail Address: ______

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Susan Y. Ly

Law Firm Name: Faegre Drinker Biddle & Reath LLP

Address: 1800 Century Park East

Suite 1500

City: Los Angeles State: CA Zip: ______

Phone Number w/Area Code: (310) 203-4045 Bar # 323695

**ORDER**

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: 11/16/26

JUDGE, U.S. DISTRICT COURT

# CERTIFICATE OF GOOD STANDING
# PENNSYLVANIA

Supreme Court of Pennsylvania

# CERTIFICATE OF GOOD STANDING

***Eric Au, Esq.***

**DATE OF ADMISSION**

***November 28, 2016***

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.

**Witness my hand and official seal**
**Dated: September 17, 2026**

Steven Rothermel, Esq.
Deputy Prothonotary